PROB 12
(Rev. 11/04)



FILED
CLERK, U.S. DISTRICT COURT

8/8/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Joseph Natale         Docket No.: 2:18-CR-00611-FMO-1

### Petition on Probation and Supervised Release (Modification)

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Joseph Natale</u> who was placed on supervision by the Honorable <u>FERNANDO M. OLGUIN</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>6th</u> day of <u>June</u>, <u>2022</u> who fixed the termination date of supervision to <u>September 13, 2046</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Natale receives a number of services from community providers such as North Los Angeles County Regional Center and its affiliates as they and the Probation Officer attempt to stabilize Mr. Natale in the community. In order to provide the best services for Mr. Natale the Probation Officer recommends that appropriate and relevant disclosures to the community service providers. This would benefit Mr. Natale and would make for the most efficient use of U.S. Probation and Pretrial Services as well as Regional Center resources.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** the following addition to the conditions of supervised release for Joseph Natale: The Court authorizes the U.S. Probation and Pretrial Services Office be allowed to fully communicate with the North Los Angeles County Regional Center, its affiliates and any other relevant community mental health vendor as it related to monitoring the defendant, reducing any risk he may present and assisting his transition from imprisonment while he is on supervised release. This includes sharing any possible assessment, reports and other case file information as deem necessary by the U.S. Probation and Pretrial Services Office.

ORDER OF COURT

Considered and ordered this <u>8th</u> day of <u>August</u>, 20<u>22</u> and ordered filed and made a part of the records in the above case.

_/s/ Fernando M. Olguin_
United States District Judge
HONORABLE FERNANDO M. OLGUIN

Respectfully,

DANIEL KELLY        /S/
U. S. Probation & Pretrial Services Officer

Place:    Whittier, California

Approved: GRACIELA GUDINO    /S/
Supervising U.S. Probation & Pretrial Services Officer

Date:    July 31, 2022